Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert J. Drexler, Jr. (SBN 119119)
Robert.Drexler@capstonelawyers.com
Molly DeSario (SBN 230763)
Molly.DeSario@CapstoneLawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff

[Additional counsel listed on the following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MELENDEZ GONZALEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>SOUTHERN CALIFORNIA PIZZA COMPANY, LLC,<br><br>          Defendant. | Case No.:<br><br>**PLAINTIFF'S LOCAL CIVIL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

Jeremiah Frei-Pearson (pro hac vice application forthcoming)
jfrei-pearson@fbfglaw.com
Bradley F. Silverman (pro hac vice application forthcoming)
bsilverman@fbfglaw.com
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway
Suite 900
White Plains, New York 10601
Telephone: (914) 298-3284
Facsimile: (914) 298-3284

Eric A. Grover (SBN 136080)
eagrover@kellergrover.com
KELLER GROVER LLP
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

1  The undersigned, counsel of record for Abraham Melendez Gonzalez
2  certifies that the following listed party (or parties) may have a pecuniary interest
3  in the outcome of this case. These representations are made to enable the Court to
4  evaluate possible disqualification or recusal:
5      1. Abraham Melendez Gonzalez (individual Plaintiff);
6      2. Southern California Pizza Company, LLC.

Dated: April 28, 2021

Respectfully submitted,

Capstone Law APC

By: /s/ Robert J. Drexler Jr.
Melissa Grant
Robert Drexler
Molly DeSario
Jonathan Lee

Attorneys for Plaintiff