# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABRAHAM MELENDEZ GONZALEZ

PLAINTIFF(S)

v.

SOUTHERN CALIFORNIA PIZZA COMPANY LLC

DEFENDANT(S).

CASE NUMBER:

8:21–cv–00802–RSWL–KES

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 4/28/2021 | 1 | Complaint |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Civil Cover Sheet and Notice of Interested Parties were incorrectly filed as attachments. Please utilize CM/ECF resources such as the search tool to locate the appropriate events for filing. No further action is required unless directed by the Court.

Clerk, U.S. District Court

Dated: April 30, 2021

By: /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
Deputy Clerk