Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert J. Drexler, Jr. (SBN 119119)
Robert.Drexler@capstonelawyers.com
Molly DeSario (SBN 230763)
Molly.DeSario@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MELENDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA PIZZA, COMPANY, LLC,<br><br>Defendant | Case No. 8:21-cv-00802 RGK-KES<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the voluntary request of Plaintiff Abraham Melendez Gonzalez (Dkt. No. 14) the Court hereby dismisses this action, in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated: July 9, 2021

Hon. R. Gary Klausner
United States District Court Judge